# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

SEP 1 6 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DAISY DUENAS GUTIERREZ (1), Defendant. | CASE NO. 13CR3010 MMA<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X    the Court has granted the motion of the Government for dismissal of the offense as charged in the Superseding Information:

21 USC 952 and 960 - Importation of Cocaine and Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/14/2015

MICHAEL M. ANELLO
U.S. District Judge